**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6006**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMOH A. BADMUS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CR-91-453-1)

———————

Submitted:  May 14, 2003             Decided:  May 29, 2003

———————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John O. Iweanoge, Jr., LAW OFFICES OF JOHN O. IWEANOGE, P.A.,
Rosslyn, Virginia, for Appellant.  Paul J. McNulty, United States
Attorney, Stephanie L. Bibighaus, Assistant United States Attorney,
Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimoh A. Badmus appeals the district court's order denying his petition for a writ of audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Badmus, No. CR-91-453-1 (E.D. Va. Oct. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED